IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02749-PAB-KMT

PHILIP ANDREW WOLF,

    Plaintiff,

v.

JAMES PETROCK,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion for Summary Judgment" (# 8, filed February 5, 2009) is DENIED as moot, based on the filing of Plaintiff's Amended Complaint.

The Order to Show Cause issued on April 20, 2009, is VACATED.

Dated: May 1, 2009