IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–02749–PAB–KMT

PHILIP ANDREW WOLF,

    Plaintiff,

v.

JAMES PETROCK,

    Defendant.

## ORDER

This matter is before the court on "Plaintiff's Affidavit of Prejudice to recuse U.S. magistrate Tafoya for cause" (Doc. No. 42) filed October 4, 2009. Plaintiff contends I should recuse myself because I am "conspiring with counsel and with the Defendant, James Petrock, to unlawfully obtain Plaintiff's property and privacy, as has been proven." (Mot., ¶ 1.2.)

Pursuant to 28 U.S.C. § 455(a), a Magistrate Judge shall disqualify herself "in any proceeding in which [her] impartiality might reasonably be questioned." Plaintiff's motion makes no allegations and states no facts regarding me in the motion. In addition,

> judicial rulings alone almost never constitute valid basis for a bias or partiality motion. In and of themselves, (i.e., apart from surrounding comments or accompanying opinion), they cannot possibly show reliance on an extrajudicial source; and can only in the rarest circumstances evidence the degree of favoritism or antagonism required . . . when no extrajudicial source is involved . . . . Second, opinions formed by the judge on the basis of facts introduced or events occurring in the course of the current proceedings, or of prior proceedings, do not constitute

>  a basis for a bias or partiality motion unless they display a deep-seated favoritism or antagonism that would make fair judgment impossible.

*Liteky v. United States*, 510 U.S. 540, 555 (1994) (citation omitted).  The test for recusal is an objective one.  *United States v. Cooley*, 1 F.3d 985, 994 (10th Cir. 1993).  Moreover, "[t]here is as much obligation for a judge not to recuse when there is no occasion for [her] to do so as there is for [her] to do so when there is."  *Hinman v. Rogers*, 831 F.2d, 937, 939 (10th Cir. 1987).

I find no reason why my impartiality might objectively or reasonably be questioned in this case.  Therefore, Plaintiff's motion (Doc. No. 42) is DENIED.

Dated this 13th day of October, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge

2