IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Case No.  08-cv-02749-PAB-KMT

PHILIP ANDREW WOLF,

    Plaintiff,

v.

JAMES PETROCK,

    Defendant.

_____

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**
_____

This matter is before the Court on the Recommendation of United States Magistrate Judge Kathleen M. Tafoya filed on September 24, 2009 [Docket No. 41]. The Recommendation states that objections to the Recommendation must be filed within ten days after its service on the parties.  See also 28 U.S.C. § 636(b)(1)(C).  The Recommendation was served on September 24, 2009.  No party has objected to the Recommendation.[1]

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate.  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party

---

[1] Within the ten-day period for filing objections to the Recommendation, plaintiff filed a motion to recuse the magistrate judge [Docket No. 42].  However, this motion does not claim to be an objection to the Recommendation and will not be treated as such.

objects to those findings"). In this matter, I have reviewed the Recommendation to satisfy myself that there is "no clear error on the face of the record."[2] *See* Fed. R. Civ. P. 72(b), Advisory Committee Notes. Based on this review, I have concluded that the Recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The Recommendation of United States Magistrate Judge [Docket No. 41] is ACCEPTED.

2. Defendant's Motion to Dismiss With Prejudice, converted to a motion for summary judgment [Docket No. 15] is GRANTED;

3. Plaintiff's Motion for Summary Judgment [Docket No. 22] is DENIED;

4. This case is DISMISSED with prejudice, as barred by *res judicata*;

5. Costs are awarded to defendant pursuant to 28 U.S.C. § 1920 and D.C.COLO.LCivR 54.1.

DATED October 19, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

---

[2] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).