IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 08-cv-02749-PAB-KMT

PHILIP ANDREW WOLF,

    Plaintiff,

v.

JAMES PETROCK,

    Defendant.
_____

### MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendant's Motion for Relief from Order [Docket No. 51]. The Court has reviewed the pleading and is fully advised in the premises. It is

    ORDERED that the Motion for Relief from Order [Docket No. 51] is granted in part and denied in part as follows:

    The Court's denial [50] of defendant's Motion for Attorneys' Fees and Costs [49] was without prejudice, and therefore defendant's motion for relief from order pursuant to Rule 60 is unnecessary. However, because the resubmitted Motion for Attorneys' Fees and Costs [51-3] now complies with this Court's practice standards, it is accepted for filing as submitted. It is further

    ORDERED that the Clerk shall enter Docket Nos. 51-3 through 51-8 as defendant's Amended Motion for Attorneys' Fees and Costs.

    DATED November 23, 2009.